IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY GOODWIN                                                PLAINTIFF

v.                         No. 3:18-cv-22-DPM

NIBCO, INC.                                                  DEFENDANT

### ORDER

Goodwin filed this lawsuit on 12 February 2018. No summonses were issued. The ninety days for service expired last week. FED. R. CIV. P. 4(m). Unless Goodwin shows good cause to reopen the service period and extend it by 22 June 2018, the Court will dismiss his complaint without prejudice for failure to prosecute.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 May 2018