# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TERRY GOODWIN                                              PLAINTIFF

v.                      No. 3:18-cv-22-DPM

NIBCO, INC.                                                DEFENDANT

## ORDER

Goodwin's lawyer has been battling serious health issues. № 4. That's good cause to reopen and extend the time for service until 24 September 2018. The Court wishes counsel a speedy recovery.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2018