## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TERRY GOODWIN**                                                                 **PLAINTIFF**

v.                             Case No. 3:18-cv-00022-LPR

**NIBCO INC.**                                                                    **DEFENDANT**

### ORDER

On September 29, 2020 Defendant NIBCO INC. filed a Motion for Protective Order asking the Court to prevent in-person depositions of NIBCO employees: Jeff Cunningham and Micha Pankey. (Doc. 43 at 1). The Court conditionally granted that Motion and ordered Plaintiff Terry Goodwin to respond regarding whether the depositions should be held in-person or by remote means. (Doc. 45). Mr. Goodwin did so. (Doc. 46). After reviewing NIBCO's Motion and Mr. Goodwin's Response, the Court GRANTS NIBCO's Motion for Protective Order. (Doc. 43). The Court directs Mr. Goodwin to take the depositions of Mr. Cunningham and Mr. Pankey by remote means.

Federal Rule of Civil Procedure 26(c) governs protective orders. Rule 26(c)(1) says that the Court may, "for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Further, Rule 26(c)(1)(C) allows the Court to "prescrib[e] a discovery method other than the one selected by the party seeking discovery." Here, NIBCO has shown good cause for its request for a protective order by explaining the numerous health and safety risks posed by the travel and social interaction that would be necessary for the in-person depositions of Mr. Cunningham and Mr. Pankey. Pursuant to Rule 26(c)(1)(C), the Court prescribes an alternate discovery method and directs the parties to conduct

these depositions by means of remote videoconference.  The Court cautions again that this Order pertains only to the depositions of Mr. Cunningham and Mr. Pankey.  No other issue is before the Court and the Court does not imply how it will resolve questions of other depositions, if those questions arise.

    IT IS SO ORDERED this 6th day of October 2020.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE