IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRY GOODWIN**                                                **PLAINTIFF**

v.                      **Case No.: 3:18-cv-00022-LPR**

**NIBCO, INC.**                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of NIBCO, Inc. on all claims asserted against it.

IT IS SO ADJUDGED this 29th day of September 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE