IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRY GOODWIN**                                                                                                    **PLAINTIFF**

v.                                               Case No.: 3:18-cv-00022-LPR

**NIBCO, INC.**                                                                                                      **DEFENDANT**

### ORDER

Pending before the Court is Defendant NIBCO, Inc.'s Motion for Costs.[1]  Plaintiff did not oppose the Motion.  Defendant's Motion is GRANTED.  Defendant is awarded costs of $5,645.81.  The costs awarded to Defendant are taxable as provided by 28 U.S.C. § 1920.

IT IS SO ORDERED this 8th day of August 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Def.'s Mot. for Costs (Doc. 97).